In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-079 CV


____________________



WILLIAM PHILPOTT, Appellant



V.



PAUL J. LATOUR, SR., SPECTRACITE COMMUNICATIONS, INC.,


FIRST AMERICAN TITLE COMPANY OF TEXAS, INC.,


AND EASTEX TITLE COMPANY, INC., Appellees






On Appeal from the 258th District Court


San Jacinto County, Texas


Trial Cause No. 10,201






MEMORANDUM OPINION


 William Philpott appealed from the judgment granted in favor of Paul J. LaTour,
Sr., Spectracite Communications, Inc., First American Title Company of Texas, Inc., and
Eastex Title Company, Inc. The judgment quieted title in Paul J. LaTour, Sr., to a certain
tract of real property in San Jacinto County. Although the appellant's brief was due July
22, 2002, neither a brief nor a motion for extension of time to file the brief has been filed. 
Because the appeal involves the application of well-settled principles of law, we deliver
this memorandum opinion. See Tex. R. App. P. 47.1.

 We have reviewed the record for fundamental error, and find none. The judgment
of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM

Submitted on October 18, 2002

Opinion Delivered October 24, 2002 

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.